# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Folsom Prison a/k/a Folsom Prison Blues |
| Line 3 | Writer(s) | John R. Cash a/k/a Johnny Cash |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. |
| Line 5 | Date(s) of Registration | 2/13/84    1/13/83    9/14/56    11/30/55 |
| Line 6 | Registration No(s). | RE 196-295    RE 153-380    Ep 102326    EU 418371 |
| Line 7 | Date(s) of Infringement | 10/05/2024 |
| Line 8 | Place of Infringement | Little City CIder Company |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Here's A Quarter a/k/a Here's A Quarter (Call Someone Who Cares) |
| Line 3 | Writer(s) | Travis Tritt |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; James Travis Tritt and Robert D. Davenport, a partnership d/b/a Post Oak Publishing |
| Line 5 | Date(s) of Registration | 6/12/91 |
| Line 6 | Registration No(s). | PA 527-809 |
| Line 7 | Date(s) of Infringement | 10/05/2024 |
| Line 8 | Place of Infringement | Little City CIder Company |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Mama Tried |
| Line 3 | Writer(s) | Merle Haggard |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 6/14/68   6/2/69 |
| Line 6 | Registration No(s). | Eu 58456   Ep 259181*   *As Part of 'The Merle Haggard Song Album' |
| Line 7 | Date(s) of Infringement | 10/05/2024 |
| Line 8 | Place of Infringement | Little City CIder Company |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Neon Moon |
| Line 3 | Writer(s) | Ronnie Dunn |
| Line 4 | Publisher Plaintiff(s) | Ronnie Gene Dunn, an individual d/b/a Showbilly Music |
| Line 5 | Date(s) of Registration | 9/16/91 |
| Line 6 | Registration No(s). | PA 536-368 |
| Line 7 | Date(s) of Infringement | 10/05/2024 |
| Line 8 | Place of Infringement | Little City CIder Company |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Wild Thing |
| Line 3 | Writer(s) | Chip Taylor |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 11/18/65 |
| Line 6 | Registration No(s). | Ep 210347 |
| Line 7 | Date(s) of Infringement | 10/05/2024 |
| Line 8 | Place of Infringement | Little City CIder Company |